10-CV-05279-ORD

FILED_____LODGED
_____RECEIVED

MAR 30 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EARL E. SCOTT,

                              Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                              Defendant.

Case No. 3:10-cv-05279-RBL-KLS

**AMENDED** ORDER

        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

recommendation [Dkt. #17], and the remaining record, does hereby find and ORDER:

   (1)    the Court adopts the Report and Recommendation;

   (2)    the ALJ erred in her decision as described in the Report and Recommendation;

   (3)    the matter is therefore REVERSED and remanded to the Commissioner for further

           administrative proceedings; and

   (4)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

           counsel and Magistrate Judge Karen L. Strombom.

DATED this _____day of _____, 2011.


                                        _____
                                        Ronald B. Leighton
                                        United States District Judge

ORDER - 1