# United States District Court

WESTERN DISTRICT OF WASHINGTON

EARL E. SCOTT

      v.

MICHAEL J. ASTRUE, Commissioner
   of Social Security

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5279RBL/KLS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and
the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been
tried or heard and a decision has been rendered.

  THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

the ALJ erred in her decision as described in the Report and Recommendation;

the matter is therefore REVERSED and remanded to the Commissioner for further administrative
proceedings.

    May 10, 2011
Date

    BRUCE RIFKIN
Clerk

    *s/CM Gonzalez*
Deputy Clerk